```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHAEL CRUZ, *Individually, and On Behalf Of All Others Similarly Situated*

                Plaintiff,

       - against -

HYBRID GRADING APPROACH LLC,

                Defendant.
-------------------------------------------------------------X

21-cv-10458 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

An affidavit of service on defendant was filed on March 30, 2022. Nothing further appears on the docket. Accordingly, by May 12, 2022, Plaintiff shall file a status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1